UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSAH LAMONIA ROBINSON (#351891)

VERSUS

SID J. GAUTREAUX, III, ET AL

CIVIL ACTION

NO. 11-75-RET

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated February 17, 2011. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's complaint will be dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

Baton Rouge, Louisiana, June 6, 2011.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA